IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. CR417-208-14 |
| | ) | |
| TASHA GOODWIN | ) | |

O R D E R

Before the Court is Defendant Tasha Goodwin's Motion to Release Funds. (Document 399). After careful consideration, Defendant's motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of the United States District Court for the Southern District of Georgia shall cancel the appearance bond on behalf of Defendant and exonerate the obligor thereon.

The Clerk is hereby **DIRECTED** to return the $2,000.00, with any accrued interest to: Jacquelyn D. Allen, 213 Goodman Street, Brooklet, Georgia 30415.

SO ORDERED, this 24th day of May 2018.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAY 24 PM 4:35
CLERK
SO. DIST. OF GA.