IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. CR417-208 |
| | ) |
| TASHA GOODWIN, | ) |
| | ) |
| Defendant. | ) |

O R D E R

Before the Court is Defendant Tasha Goodwin's Motion for Early Termination of Supervised Release. (Doc. 841.) The Government, after consultation with the United States Probation Office, does not oppose Defendant's motion. (Doc. 844.) After careful consideration of the record in this case, the Court "is satisfied that [termination] is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). As a result, Defendant's motion (Doc. 841) is **GRANTED** and her term of supervised release is terminated.

SO ORDERED this 8th day of February 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA