IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. CR417-208 |
| ) | |
| TASHA GOODWIN,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

## O R D E R

Before the Court is Defendant Tasha Goodwin's motion to have her record expunged (Doc. 956), which the Government has opposed (Doc. 957). Defendant requests that this Court expunge her record or otherwise remove the conviction in this case from her record because some time has passed since her conviction. (Doc. 956 at 1.) The Government argues that the Court has no jurisdiction to expunge Defendant's criminal records. (Doc. 957 at 1.) The Court is unaware of any authority by which it could expunge Defendant's conviction. Additionally, the Eleventh Circuit has "joined several other circuits in holding that 'federal courts do not have subject-matter jurisdiction over [expungement] motions, whether directed toward judicial records or the executive branch' because they do not present a question over which courts have ancillary

jurisdiction." United States v. Jones, No. CR497-165, 2020 WL 1061677, at *1 (S.D. Ga. Mar. 4, 2020) (quoting United States v. Adalikwu, 757 F. App'x 909, 911 (11th Cir. 2018) (per curiam)). Accordingly, Defendant's motion (Doc. 956) is **DENIED**.

SO ORDERED this 9th day of March 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA